IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE ERNEST HILL**                                                             **PLAINTIFF**

v.                 **CASE NO. 4:19-CV-00703 BSM**

**MARTINEZ, et al.**                                                         **DEFENDANTS**

## ORDER

Jessie Hill has not complied with the October 29, 2019 order [Doc. No. 5] directing him to file an amended complaint, and the time to do so has expired. Additionally, his mail is being returned as undeliverable. Doc. Nos. 6–7. Accordingly, this case is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S. C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of December 2019.

                                                                               UNITED STATES DISTRICT JUDGE