IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JESSIE ERNEST HILL**                                                       **PLAINTIFF**

v.                         **CASE NO. 4:19-CV-00703 BSM**

**MARTINEZ, et al.**                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 27th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE